UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-3429

Deborah Laufer,
    Plaintiff,

v.

Pagosa Lodging 2 LLC,
    Defendant(s).

## UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiff Deborah Laufer respectfully submits the following Motion to Reschedule Scheduling Conference:

1. A Scheduling Conference in this matter is presently set for January 21 at 10 a.m.

2. The undersigned counsel has conferred with counsel for the Defendant and both parties concur that a postponement of the Scheduling Conference will aid the parties' efforts in attempting to resolve this matter.

3. No prior requests to continue the Scheduling Conference have been made.

4. For the reasons set forth herein, Plaintiff respectfully requests that the Court vacate the Scheduling Conference and enter an Order setting new dates.

### GOOD FAITH CERTIFICATION

The undersigned certifies that on January 19, 2021 she conferred with Defendant's counsel who agrees to the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

s/ Suzette M. Marteny Moore
**Suzette M. Marteny Moore**
S. Moore Law, PLLC
2690 S. Combee Road
Lakeland, Florida 33803
Telephone: (863) 229-2140
E-mail 1: S.Moore@SMooreLaw.com
E-mail 2: Eservice@SMooreLaw.com
*Attorney for Plaintiff, Deborah Laufer*
