# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No: 1:20-cv-3429-PAB-KLM

**DEBORAH LAUFER,**

Plaintiff,

v.

**PAGOSA LODGING 2, LLC.,**

Defendant(s).

_____

### STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE

_____

THE PARTIES, by and through their respective undersigned counsel, and pursuant to the

terms of their settlement agreement, stipulate to the dismissal of this action, with prejudice.

Except as provided in the settlement agreement, the Parties shall bear their own attorney's fees

and costs.

For Plaintiff:

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

For Defendant

*s/Todd M. Starr*
Todd M. Starr #27641
Cunningham Swaim, LLP
PO Box 2560
Pagosa Springs, Colorado 81147
(970) 749-0807